UNITED STATES of America, Plaintiff—Appellee,

v.

Robert Denard POLLARD, Defendant—Appellant.

No. 05–4101.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 1, 2005.

Louis C. Allen III, Federal Public Defender, Eric D. Placke, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, L. Patrick Auld, Assistant United States Attorney Deputy Chief, Criminal Division, Angela H. Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before KING, GREGORY, and SHEDD, Circuit Judges.

PER CURIAM:

Robert Denard Pollard appeals the district court's order revoking his supervised release and sentencing him to twenty-four months of imprisonment. Pollard claims that the sentence imposed by the district

court was unreasonable. We have reviewed the record and conclude that Pollard's sentence is within the statutory maximum sentencing range, and the district court's revocation proceedings otherwise comported with due process. *See* 18 U.S.C. § 3583 (2000). Moreover, we conclude sentencing Pollard to the maximum term permitted by statute was not unreasonable. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*